

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------X
Zoran STJEPANOVIC (A047056226)            :

              and                          :

Vera STJEPANOVIC (A047056227)              :

                                           :

                          Plaintiffs,      :

                                           :
          -against-                        :

                                           :
ANDREA J. QUARANTILLO, Director,           :
New York City District, United States      :
Citizenship and Immigration Services;      :
EMILIO T. GONZALES, Director, United       :
States Citizenship and Immigration Services; :
MICHAEL CHERTOFF, Secretary,               :
Department of Homeland Security;           :
PETER D. KEISLER, Acting Attorney          :
General of the United States;              :      Civil Action No._____
ROBERT S. MUELLER, III, Director,          :
Federal Bureau of Investigations,          :

                                           :
                          Defendants.      :
-------------------------------------------------------X
```

**07 CIV 9846**

## COMPLAINT FOR WRIT OF MANDAMUS
## AND, IN THE ALTERNATIVE, PETITION FOR HEARING
## ON NATURALIZATION APPLICATION

Plaintiffs, by their attorneys, WILDES & WEINBERG, P.C., hereby allege, upon

information and belief, as follows:

1



## INTRODUCTION

1. This is a civil action brought by Plaintiffs, Zoran and Vera Stjepanovic, lawful permanent residents of the United States, to compel Defendants to take action on their Applications for Naturalization (Form N-400). The applications were filed with the U.S. Citizenship and Immigration Service ("USCIS") on April 23, 2004, and Plaintiffs were interviewed on May 17, 2005, by Immigration Officer Manorath. They successfully passed the English language and U.S. history and government tests, but their applications have not yet been adjudicated. Defendants have improperly delayed processing the application to Plaintiffs' detriment.

2. In the alternative, as USCIS has failed to make a determination on Plaintiffs' applications before the end of the 120-day period after the date on which their examinations were conducted, Plaintiffs request that this Court conduct a hearing on their naturalization applications pursuant to 8 U.S.C. § 1447(b). Plaintiffs' examinations were conducted on May 17, 2006, and more than 365 days have passed without a determination on their applications.

## JURISDICTION

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1361 (*mandamus*).

4. The action seeks to compel the Defendants and those acting under them, pursuant to 28 U.S.C. § 1361, to perform their statutory duty to Plaintiffs to adjudicate their applications for immigration benefits, which the Defendants have failed to adjudicate.

5. Under 28 U.S.C. § 1361, "(t)he district courts shall have original jurisdiction of any action in the nature of *mandamus* to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

6.  In addition, this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331. Under 28 U.S.C. § 1331, "(t)he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7.  This Court has jurisdiction over this action under 28 U.S.C. § 1331 because it arises under the Administrative Procedure Act ("APA") (5 U.S.C. §§ 702 and 704), and under the Immigration and Nationality Act ("INA") and regulations implementing it (title 8 of the C.F.R.).

8.  Under 5 U.S.C. § 702, "[a] person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute is entitled to judicial review thereof." Mr. and Mrs. Stjepanovic have been adversely affected by the Defendants' failure to adjudicate their applications.

9.  Under 5 U.S.C. § 704, "final agency action for which there is no other adequate remedy in a court [is] subject to judicial review." There is no other adequate remedy for the defendants' failure to adjudicate plaintiffs' applications other than the instant action.

10. This action arises under the INA and the regulations implementing it because Mr. and Mrs. Stjepanovic are seeking immigration benefits that are governed by the INA and its regulations.

11. Jurisdiction is not precluded by INA § 242(a)(2)(B)(ii), 8 U.S.C. § 1252(a)(2)(B)(ii), because this matter does not involve judicial review of an action of Defendants relating to an act of discretion. Rather, this action seeks review of the Defendants' failure to take action on applications that they are required to perform by law.

12. In the alternative, this Court has jurisdiction over this action pursuant to INA § 336(b), 8

3

U.S.C. § 1447(b). Under this provision, "[i]f there is a failure to make a determination under section 1446 of this title before the end of the 120-day period after the date on which the examination is conducted under such section, the applicant may apply to the United States district court for the district in which the applicant resides for a hearing on the matter. Such court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter."

## VENUE

13. Venue of this action is proper under 28 U.S.C. § 1391(e)(3) because Plaintiffs resides in this judicial district, and no real property is involved in this action.

14. Venue of this action is also proper under 8 U.S.C. § 1447(b), which provides that an applicant for naturalization may apply to the United States district court for the district in which he resides for a hearing on the matter. Plaintiffs reside in this judicial district.

## PARTIES

15. Plaintiffs, Zoran and Vera Stjepanovic, reside at 10 River Rd., Apt. 19J, New York, N.Y. 10044. They are applicants for naturalization having filed N-400, Applications for Naturalization on April 23, 2003, with the United States Citizenship and Immigration Service. ("USCIS").

16. Defendant Andrea Quarantillo is sued in her official capacity only. She is the New York City District Director of the United States Citizenship and Immigration Services. As such, she is the Department of Homeland Security Secretary's designate for the New York City District, charged with the duty of administration and enforcement of all the functions, powers, and duties of the USCIS. Plaintiffs were interviewed at the USCIS

4

New York District office on May 17, 2005.

17. Defendant Emilio T. Gonzales is the Director of USCIS and is sued in his official capacity only. Defendant Gonzales is charged with the administration of USCIS, a bureau within the Department of Homeland Security, and implementation of the Immigration and Nationality Act, 8 U.S.C. §§ 1101, et seq. 8 C.F.R. § 100.2(a).

18. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security and is sued in his official capacity only. All authorities and functions of the Department of Homeland Security to administer and enforce the immigration laws are vested in the Secretary of Homeland Security. Defendant Chertoff is further authorized to delegate such powers and authority to subordinate employees of the DHS. 8 U.S.C. §1103(a); 8 C.F.R. § 2.1.

19. Defendant Peter D. Keisler is the Attorney General of the United States and is sued in his official capacity only. Defendant Keisler is charged with the administration of the Department of Justice, including the Federal Bureau of Investigation.

20. Defendant Robert S. Mueller, III, is the Director of the Federal Bureau of Investigations (FBI) and is sued in his official capacity only. Defendant Mueller is charged with the administration of the FBI, the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State and USCIS. As will be shown, Defendant has failed to complete the security clearances on Plaintiff's case.

## FACTS

21. Plaintiffs, Zoran and Vera Stjepanovic are natives and citizens of Yugoslavia. On July 3, 1999, Mr. and Mrs. Stjepanovic became lawful permanent residents of the United States. See **Exhibit 1**.

5

22. Plaintiffs reside at 10 River Rd., Apt. 19J, New York, N.Y. 10044. Plaintiffs got married on August 8, 1992. Mr. and Mrs. Stjepanovic have four children, Ana, Sacha, Tea, and Nina Stjepanovic, all of whom are natural-born United States Citizens. The two younger children, Tea Stjepanovic, born January 19, 2002, and Nina Stjepanovic, born July 14, 2003, reside with Plaintiffs.

23. Plaintiffs, Mr. and Mrs. Stjepanovic filed applications for naturalization (Form N-400) with the United States Citizenship and Immigration Service(USCIS) on April 23, 2004.

24. On May 25, 2004, USCIS issued receipt notices for Zoran and Vera Stjepanovic. See **Exhibit 2.**

25. On August 14, 2004, USCIS issued Fingerprint Notifications in the names of Zoran and Vera Stjepanovic. These notices directed Mr. and Mrs. Stjepanovic to have their fingerprints taken on September 17, 2004, at 201 Varick St., NY, NY 10014. See **Exhibit 3.**

26. Mr. and Mrs. Stjepanovic appeared for their fingerprint appointments with USCIS on September 17, 2004. See **Exhibit 4.**

27. On May 17, 2005, Plaintiffs appeared for a Naturalization interviews before District Adjudications Officer ("DAO") Manorath, at the USCIS New York District Office, 26 Federal Plaza, New York, New York 10278. All requested documentation was presented at the interview. Plaintiffs took the Naturalization Examinations of English and U.S. history and government.

28. DAO Manorath gave Mr. and Mrs. Stjepanovic forms N-652, indicating that they had passed the tests of English and U.S. history and government, and that USCIS will send them a written decision on their application for naturalization. See **Exhibit 5.**

6

29. On April 13, 2006, Plaintiffs submitted inquiries to Status Inquiry Unit, U.S. Deparrment of Homeland Security, located 26, Federal Plaza, New York, N.Y. 10278. Plaintiffs indicated that they have inquired about the status of their cases three times by phone: on February 2, 2006, March 6, 2006, and April 6, 2006. They have not received any information to date.

30. On April 19, 2006, Mr. and Mrs. Stjepanovic received a response from U.S Department of Homeland Security, which informed them that their applications were currently pending fingerprint/security check results, and they will be notified upon the completion of the process. See **Exhibit 6.**

31. On April 6, 2006, Plaintiffs again requested information about the status of their cases.

32. On May 5, 2006, only Plaintiff Zoran Stjepanovic received a notice from U.S. Department of Homeland security, which stated that the processing of his case has been delayed due to an ongoing background investigation. Vera Zoran did not receive a response to her inquiry. See **Exhibit 7.**

33. On September 27, 2006, Zoran Stjepanovic received another identical response to his inquiry on April 6, 2006. Vera Stjepanovic still did not receive an answer. See **Exhibit 8.**

34. On May 9, 2006, Plaintiffs sent an e-mail to Senator Clinton, indicating that 358 days have passed since Mr. and Mrs. Stjepanovic took their naturalization tests, but they have not received Oath Ceremony Notices. Plaintiffs did not receive a response. See **Exhibit 9.**

35. On May 25, 2006, Plaintiffs sent a request to Senator Schumer, asking him to investigate the status of their cases. They received a response on August 28, 2006, indicating that

7

their cases were pending security agency checks, and will be adjudicated as soon as a response is received. See **Exhibit 10.**

36. By November 2, 2007, it has been over two years since Plaintiffs were interviewed by DAO Manorath. Despite Mr. and Mrs. Stjepanovic's numerous requests to determine the status of their applications and the delays associated with approval, Plaintiffs are still waiting for approval of their naturalization applications and final swearing in at an oath ceremony

## CLAIMS FOR RELIEF

37. The allegations contained in paragraphs 1 through 36 above are repeated and re-alleged as though fully set forth herein.

38. As Lawful Permanent Residents of the United States, Plaintiffs are entitled by law to receive final decisions on their properly filed naturalization applications.

39. Defendants and those acting under them are under a nondiscretionary duty to adjudicate Plaintiffs' applications, and Defendants have unreasonably failed to perform that duty.

40. Plaintiffs have complied with all of the requirements for obtaining naturalization, and they are fully eligible to be granted United States Citizenship.

41. When the Agency fails to make a decision on the Naturalization application within 120 days after examination, a naturalization applicant may ask the United States District Court to intervene and adjudicate that application. 8 U.S.C. § 1447(b). The majority of courts consider the examination referred to as the initial interview scheduled under 8 U.S.C. § 1447(b). *See, e.g., Alhamedi v. Gonzales,* Slip Copy, 2007 WL 1573935 (S.D.N.Y. 2007); *Al-Farisi v. Mueller,* 492 F. Supp. 2d 335 (S.D.N.Y. 2007); *Mostovoi v. Secretary of the Department of Homeland Security,* Slip Copy, 2007 Lexis 40646

(S.D.N.Y. 2007).

42. Defendants and those acting under them are charged by law with the statutory obligation to adjudicate naturalization applications. Defendants owe Plaintiffs a non-discretionary duty to adjudicate their application for naturalization, and have unreasonably failed to perform that duty. *See generally Al-Farisi v. Mueller*, 492 F. Supp. 2d 335 (S.D.N.Y. 2007) (citing, with approval, cases holding that USCIS has a duty to adjudicate applications for naturalization within a reasonable period of time). Under the circumstances presented in this case, a period of over two years to conduct a routine background checks constitutes an unreasonable amount of time.

43. Defendants have deprived Plaintiffs of all of the benefits of becoming Citizens of the United States, and have deprived Plaintiffs of the peace of mind that they are entitled to.

44. The delay in processing the applications is not in any way attributable to Plaintiffs

45. By making numerous inquiries on their naturalization applications to no avail, Plaintiffs have exhausted any administrative remedies that may exist. No other remedy exists to resolve Defendants' delay and refusal to act on Plaintiffs' naturalization applications.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs pray this Honorable Court to grant the following relief:

1. Assume jurisdiction over the case and naturalize the Plaintiffs under the terms of 8 USC 1447(b); or

2. Compel Defendants and those acting under them to perform their duty to adjudicate the Petitions; and

3. Compel Defendant, Federal Bureau of Investigation, to complete background investigations on Plaintiffs by February 3, 2008, 90 days from the filing of this mandamus action; and

4.    Grant such other and further relief as this Court deems proper under the circumstances.

Dated: November 5, 2007

                                          Respectfully submitted,

                                          Thomas Vanasse (TV 1213)
                                          Attorney for the Plaintiffs
                                          Wildes & Weinberg P.C.
                                          515 Madison Avenue
                                          New York, NY 10022
                                          (212) 753-3468

## <u>VERIFICATION</u>

Thomas W. Vanasse, under penalty of perjury, states that the following:

1.     That I am an attorney admitted to practice before this Court.  I am an associate

attorney in the firm Wildes & Weinberg, P.C., the attorneys for the Plaintiffs of the foregoing

Complaint.

2.     I affirm the truth of the contents of the foregoing Complaint upon information and

belief.  The sources of my information and belief are documents provided to me by, and

conversations with, the Plaintiff.

Dated: New York, New York
November 5, 2007

Thomas W. Vanasse, Esq.



Свсручни потпис / Signature of bearer / Signature du titulaire

САВЕЗНА РЕПУБЛИКА
ЈУГОСЛАВИЈА
FEDERAL REPUBLIC OF
YUGOSLAVIA
REPUBLIQUE FEDERALE DE
YOUGOSLAVIE

Ознаке земље
Country Code
Code du pays emetteur
YU

Државлянство
Nationality
Nationalité
JUGOSLOVENSKO

ПАСОШ

Врста Type/Type
P

Број пасоша/Passport No/N du Passeport
003364343

Презиме / Surname / Nom
STJEPANOVIC

Име Given names/Prénom
ZORAN

Место, општини и република рођења / Place of Birth/Lieu de naissance
BEOGRAD, STARI GRAD, SRBIJA

Дан, месец и година рођења
Date of Birth
Date de naissance
12.07.1943.

ЈМБГ
Personal No
N personnel
1207943710179

Пребивалиште / Place of Residence / Domicile habituel
BEOGRAD, KNEZ MIHAJLOVA 18

Датум издавања
Date of Issue
Date de délivrance
01.04.2004.

Важи до
Valid until
Valable jusqu'au
01.04.2014.

Издат од/Issued by/Delivre par
AMBASADA SRBIJE I CRNE GORE VAŠINGTON

---



### PERMANENT RESIDENT CARD

NAME STJEPANOVIC, ZORAN



INS A# 047-056-226

Birthdate    Category    Sex
07/12/43     IR5         M

Country of Birth
Yugoslavia

CARD EXPIRES 09/18/09
Resident Since 07/03/99

```
C1USA0470562269SRC9924950804<<
4307121M0909181YUG<<<<<<<<<<<3
STJEPANOVIC<<ZORAN<<<<<<<<<<<
```

---

EXHIBIT
1

00336434





Ознака земље
Country Code
Code du pays emetteur
YU

Држављанство
Nationality
Nationalite
JUGOSLOVENSKO

ПАСОШ

Врста / Type / Type
P

Број пасоша / Passport No / N° du Passeport
003364344

Презиме / Surname / Nom
STJEPANOVIĆ

Име / Given names / Prénom
VERA

Место, општина и република рођења / Place of Birth / Lieu de naissance
ZADAR, HRVATSKA

Дан, месец и година рођења
Date of Birth
Date de naissance
10.06.1969.

ЈМБГ
Personal No
N° personnel
1006969388938

Пребивалиште / Place of Residence / Domicile habituel
BEOGRAD, KNEZ MIHAJLOVA 18

Датум издавања
Date of Issue
Date de délivrance
01.04.2004.

Важи до
Valid until
Valable jusqu'au
01.04.2014.

Орган који је издао / Authority / Autorité
AMBASADA SRBIJE I CRNE GORE
VAŠINGTON

---

# PERMANENT RESIDENT CARD

NAME STJEPANOVIC, VERA



INS A# 047-056-227

| Birthdate | Category | Sex |
|-----------|----------|-----|
| 06/10/69  | IR5      | F   |

Country of Birth
Croatia

CARD EXPIRES 09/02/09

Resident Since 07/03/99

C1USA0470562272SRC9924452137<<
69061D4F0909022HRV<<<<<<<<<<<7
STJEPANOVIC<<VERA<<<<<<<<<<<<<

**THE UNITED STATES OF AMERICA**

| Receipt | | | | NOTICE DATE<br>May 25, 2004 |
|---|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | | INS A#<br>A 047 056 226 |
| APPLICATION NUMBER<br>ESC*001225559 | RECEIVED DATE<br>April 23, 2004 | | PRIORITY DATE<br>April 23, 2004 | PAGE<br>1 of 1 |
| APPLICANT NAME AND MAILING ADDRESS<br>ZORAN STJEPANOVIC<br>10 RIVER RD APT 19J<br>NEW YORK NY  10044 | | | | |

PAYMENT INFORMATION:

| | |
|---|---|
| Single Application Fee: | $310.00 |
| Total Amount Received: | $310.00 |
| Total Balance Due: | $0.00 |

ıılllıılllıılıılılılıl

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:         July 12, 1943
Address Where You Live:  10 RIVER RD APT 19J
                         NEW YORK NY 10044

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

**EXHIBIT**

tabbies

**2**

ESC$001197319



Form I-797 (Rev. 11/28/03) N

THE UNITED STATES OF AMERICA

| Receipt | | | | |
|---|---|---|---|---|
| **CASE TYPE**<br>N400    Application For Naturalization | | | | **NOTICE DATE**<br>May 25, 2004 |
| **APPLICATION NUMBER**<br>ESC*001225557 | **RECEIVED DATE**<br>April 23, 2004 | **PRIORITY DATE**<br>April 23, 2004 | | **INS U**<br>A 047 056 227<br>**PAGE**<br>1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

VERA STJEPANOVIC
10 RIVER ROAD APT 19J
NEW YORK NY 10044

PAYMENT INFORMATION:

Single Application Fee:      $310.00
Total Amount Received:      $310.00
Total Balance Due:              $0.00

ıılllıııllııılıldıl

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:            June 10, 1969
Address Where You Live:   10 RIVER ROAD APT 19J
                          NEW YORK NY 10044

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833.**

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov.** Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

ESC$001197317



THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE<br>August 14, 2004 |
|---|---|---|---|
| **CASE TYPE**<br>N400    Application For Naturalization | | | **INS A#**<br>A 047 056 226 |
| **APPLICATION NUMBER**<br>ESC*001225559 | **RECEIVED DATE**<br>April 23, 2004 | **PRIORITY DATE**<br>April 23, 2004 | **PAGE**<br>1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

ZORAN STJEPANOVIC
10 RIVER RD APT 19J
NEW YORK NY  10044



To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE APPOINTED DATE AND TIME TO HAVE YOUR FINGERPRINTS TAKEN.** If you are unable to appear at this time, you may go on any following Wednesday at the same time noted below, as long as you appear before   12/10/2004. If you do not have your fingerprints taken by that date, your application will be considered abandoned.

| APPLICATION SUPPORT CENTER<br>INS NEW YORK VARICK ST.<br>201 VARICK STREET<br>1023<br>NEW YORK NY 10014 | DATE AND TIME OF APPOINTMENT<br>09/17/2004<br>03:00 PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

**WARNING!**

*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

If you have any questions regarding this notice, please feel free to call 1-800-375-5283.

EXHIBIT
3

APPLICANT COPY



Form I-797C (Rev. 11/28/02) N



| Fingerprint Notification | | NOTICE DATE August 14, 2004 |
|---|---|---|
| CASE TYPE N400    Application For Naturalization | | INS A# A 047 056 227 |
| APPLICATION NUMBER ESC*001225557 | RECEIVED DATE April 23, 2004 | PRIORITY DATE April 23, 2004 |
| PAGE 1 of 1 | | |

APPLICANT NAME AND MAILING ADDRESS

VERA STJEPANOVIC
10 RIVER ROAD APT 19J
NEW YORK NY 10044

ıılll..ıll...l.l.l.l

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE APPOINTED DATE AND TIME TO HAVE YOUR FINGERPRINTS TAKEN.** If you are unable to appear at this time, you may go on any following Wednesday at the same time noted below, as long as you appear before   12/10/2004. If you do not have your fingerprints taken by that date, your application will be considered abandoned.

| APPLICATION SUPPORT CENTER INS NEW YORK VARICK ST. 201 VARICK STREET 1023 NEW YORK NY 10014 | DATE AND TIME OF APPOINTMENT 09/17/2004 ~03:00 PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**

**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### WARNING!

*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

If you have any questions regarding this notice, please feel free to call 1-800-375-5283.

APPLICANT COPY



# ASC/COLO Standard Operating Procedures

## DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

NAME: __STJEPANOVIC  ZORAN__
        Last                First

DATE OF BIRTH: __1943__  __07__  __12__  PHONE #: __1-917-4001260__
               Year   Month   Day                 Middle           Suffix

PLACE OF BIRTH: __BELGRADE (YG)__  SEX: (Male or Female) __MALE__

RACE: Check the most appropriate code below:

___ American Indian or Alaskan Native   ___ Black   _X_ White (Hispanic also check)

___ Asian or Pacific Island           ___ Unknown

HEIGHT: __5__ Feet __7__ Inches                   WEIGHT: __150__ Pounds

EYE COLOR: Check the most appropriate code below:

___ Black  _X_Brown  ___Green  ___Gray  ___ Pink  ___Hazel  ___Blue  ___Maroon

HAIR COLOR: Check the most appropriate code below:

___ Black  ___Bald  ___White  ___Sandy  ___ Red  _X_Gray  ___Blonde  ___Brown

COUNTRY OF CITIZENSHIP: __SERBIA & MONTENEGRO (YG)__

SOCIAL SECURITY NUMBER: __129__ -- __48__ -- __4925__

ALIEN REGISTRATION NUMBER: A __047 056 226__

LIST ANY OTHER NAMES YOU HAVE USED:

       Last             First              Middle         Suffix

RESIDENCE ADDRESS

__10 RIVER RD__  __19 J__  __NEW YORK__  __N.Y__  __10044__
Street number and name   Apartment #     City       State     Zip Code

REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, N-400): __N-400__

---

LOCAL AIW STAMP

FD-258 Completed at ASC
On: _____ By: _____
QC Check Completed By: _____

---

EXHIBIT

4

# ASC/COLO Standard Operating Procedures

## DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

NAME: __STJEPANOVIC__ ___VERA___
  Last      First      Middle      Suffix

DATE OF BIRTH: __1969__ __06__ __10__  PHONE #: __917 400 1261__
  Year   Month   Day

PLACE OF BIRTH: __ZADAR__  SEX: (Male or Female) __FEMALE__

RACE: Check the most appropriate code below:

____ American Indian or Alaskan Native  ____ Black  _✓_ White (Hispanic also check)

____ Asian or Pacific Island  ____ Unknown

HEIGHT: __5__ Feet __9__ Inches  WEIGHT: __130__ Pounds

EYE COLOR: Check the most appropriate code below:

___Black  ___Brown  ____Green  ____Gray  ____Pink  ___Hazel  _✓_Blue  _____Maroon

HAIR COLOR: Check the most appropriate code below:

___Black  ____Bald  _____White  ____Sandy  ____Red  ___Gray  _✓_Blonde  _____Brown

COUNTRY OF CITIZENSHIP: __SERBIA & MONTENEGRO__

SOCIAL SECURITY NUMBER: ____110__ -- __88__ -- __9383__

ALIEN REGISTRATION NUMBER: A __047 056 227__

LIST ANY OTHER NAMES YOU HAVE USED:
__RNJAK__ ___VERA___
  Last      First      Middle      Suffix

RESIDENCE ADDRESS

__10 RIVER ROAD__  __19 J__  __NEW YORK__  __N.Y__  __10044__
Street number and name   Apartment #   City   State   Zip Code

REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, N-400): __N-400__

LOCAL AIW STAMP
FD-258 Completed at ASC
On: __9/7/04__ By: __(5785)__
QC Check/Completed By: __(599)__

Department of Homeland Security
U.S. Citizenship and Immigration Services

## N-652, Naturalization Interview Results

A#: O 4⁷ [illegible]

On ⟨illegible⟩ , you were interviewed by USCIS officer **I Manorath**

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/_____ read/_____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on Form N-14.

☑ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) _____ A decision cannot yet be made about your application.

   It is very important that you:

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

**EXHIBIT**
tabbies
**5**

Form N-652  (Rev. 01/14/05)N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#: _O (/⁻) (ˑˑ,ɫ  )ɔ ɪ_

On _5/₁7/ʊ ɔ_ , you were interviewed by USCIS officer **I Manorath**

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/_____ read/_____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on Form N-14.

☑ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) _____ **A decision cannot yet be made about your application.**

**It is very important that you:**

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

CIS

NEW YORK, APRIL 13.2006

ATTN: STATUS INQUIRY UNIT
      JACOB JAVITS FEDERAL BUILDING
      26, FEDERAL PLAZA
      NEW YORK, N.Y. 10278

Dear Sirs,

My spouse and myself applied for naturalization on april23, 2004.
We passed interview on May 17, 2005. So far we didn't receive any information regarding our case.
It's been 730 days since we applied (April 23, 2004.) and 330 days since we had an interview (May 17, 2005).

We would appreciate if we could get some written answer or a meeting if possible.


Here are relevant facts for both of us:

ZORAN STJEPANOVIC
10 RIVER ROAD (APT 19 J)
NEW YORK, N.Y.10044
Date of birth: 07/12/1943
A 047056226
ESC*001225559
SS# 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
Applied April 23, 2004.
Interviewed May 17, 2005

VERA STJEPANOVIC
10 RIVER ROAD (APT 19 J)
NEW YORK, N.Y.10044
Date of birth: 06/10/1969
A 047056227
ESC*001225557
SS# 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
Applied April 23, 2004.
Interviewed May 17, 2005.


We called by phone (800-3755283) 3 times already to get information about status of our case.
First time on February 02, 2006. Referral No. TIC0330600240NYC for both of us.
Second time on March 06, 2006. Referral No. TIC0650600410NYC for both of us.
Third time on April 06, 2006. Referral No. TIC0960600300NYC for Zoran Stjepanovic
                Referral No. TIC0960600341NYC for Vera Stjepanovic
                Referral No. WTC0960600501NYC for both of us.

We are submitting copies of I-797 and N-652 for both of us.

Sincerely yours,
Zoran Stjepanovic

Vera Stjepanovic

**EXHIBIT**

**6**



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
26 Federal Plaza, Room 7-700
New York, NY 10278

Name Zoran Stjepanovic      File No.: 047 056 226      Date: 4/19/2006

Examination of the submitted application N- 400 shows that certain additional information, documents, or forms are needed before your application can be acted upon. To help you in that connection, we have checked in **red** in this letter the items that need your attention. Read those items and comply as soon as possible.  RETURN THIS LETTER, with the requested information, documents, and forms.  We will then complete the processing of your application.

—— Unless you furnish the requested information or document(s) checked, your application for naturalization will be denied for lack of prosecution.

✕ Your application is currently pending fingerprint/security check results. You will be notified upon completion of the process.

—— Send money order or check for $———— made payable to the U.S.C.I.S., Vermont Service Center, 75 Lower Weldon Street, St. Albans, Vermont 05479-0001.  ***Do not send cash or postage stamps.***

—— Your application has been received.  You will receive a notice to appear upon scheduling.

—— Applications are valid for one year.  Your application was filed over one year ago and expired on ————————. If you still wish to become a U.S.Citizen, you must file a new application with the required fee and two photographs.

—— Your application is currently pending a new appointment. You will be sent a notice to appear in the near future.

—— Your application for Naturalization has been granted.  You will be sent a notice of your oath ceremony date.

—— This office has no record of your application.  Please resubmit a new application with proof of payment, it may be in the form of a canceled check, or the results of a tracer on your money order. It must indicate the date it was cashed by the C.I.S.  In addition, please submit two new photographs.

—— Please submit a photocopy of your alien registration card (front and back) A# ——————————

—— You failed to appear for two scheduled interviews.  Your application is therefore denied and closed.  If you still wish to become a U.S. Citizen, you must reapply with the required fee and two photographs.

—— You failed to appear for one scheduled interview. Your application is therefore closed.  If you still wish to become a U.S.Citizen, you must submit a written request to have your case reopened and rescheduled a new appointment.

—— Your application has been denied.  To request a duplicate copy, please submit your G-639 request(s) to: U.S.C.I.S., FOIA Unit, Room 5-500, 26 Federal Plaza, New York, NY 10278.  If you still wish to become a U.S.Citizen you must reapply.

—— Your N-565 request for certificate correction has been denied for the following reason(s):

——————————————————————————————————
——————————————————————————————————
——————————————————————————————————

Thank you,
U.S. Citizenship and Immigration Services



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
26 Federal Plaza, Room 7-700
New York, NY 10278

Name  Vera Stjepanovic       File No.:  047  056  227       Date: 4/19/2006

Examination of the submitted application  N- 400  shows that certain additional information, documents, or forms are needed before your application can be acted upon.  To help you in that connection, we have checked in **red** in this letter the items that need your attention.  Read those items and comply as soon as possible.  RETURN THIS LETTER, with the requested information, documents and forms.  We will then complete the processing of your application.

-----  Unless you furnish the requested information or document(s) checked, your application for naturalization will be denied for lack of prosecution.

X
-----  Your application is currently pending fingerprint/security check results.  You will be notified upon completion of the process.

-----  Send money order or check for $------------ made payable to the U.S.C.I.S., Vermont Service Center, 75 Lower Weldon Street, St. Albans, Vermont 05479-0001.  *Do not send cash or postage stamps.*

-----  Your application has been received.  You will receive a notice to appear upon scheduling.

-----  Applications are valid for one year.  Your application was filed over one year ago and expired on _____.  If you still wish to become a U.S.Citizen, you must file a new application with the required fee and two photographs.

-----  Your application is currently pending a new appointment.  You will be sent a notice to appear in the near future.

-----  Your application for Naturalization has been granted.  You will be sent a notice of your oath ceremony date.

-----  This office has no record of your application.  Please resubmit a new application with proof of payment, it may be in the form of a canceled check, or the results of a tracer on your money order.  It must indicate the date it was cashed by the C.I.S.  In addition, please submit two new photographs.

-----  Please submit a photocopy of your alien registration card (front and back) A# _____.

-----  You failed to appear for two scheduled interviews.  Your application is therefore denied and closed.  If you still wish to become a U.S. Citizen, you must reapply with the required fee and two photographs.

-----  You failed to appear for one scheduled interview.  Your application is therefore closed.  If you still wish to become a U.S.Citizen, you must submit a written request to have your case reopened and rescheduled a new appointment.

-----  Your application has been denied.  To request a duplicate copy, please submit your G-639 request(s) to: U.S.C.I.S., FOIA Unit, Room 5-500, 26 Federal Plaza, New York, NY 10278.  If you still wish to become a U.S.Citizen you must reapply.

-----  Your N-565 request for certificate correction has been denied for the following reason(s):

Thank you,
U.S. Citizenship and Immigration Services



U.S. Department of Homeland Security
Jacob Javits Federal Building
26 Federal Plaza
New York, NY 10278

## U.S. Citizenship and Immigration Services

Friday, May 5, 2006

ZORAN STJEPANOVIC
10 RIVER RD. # 19 J
NYC NY 10044

Dear zoran stjepanovic:

On 04/06/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | Information not available |
| **Receipt #:** | ESC*001225559 |
| **Beneficiary (if you filed for someone else):** | stjepanovic, zoran |
| **Your USCIS Account Number (A-number):** | A47056226 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 05-    **EXHIBIT**    5559

7

*NOTE ;*
*MY WIFE (KE.... GET THIS*



**U.S. Department of Homeland Security**
Jacob Javits Federal Building
26 Federal Plaza
New York, NY 10278

## U.S. Citizenship and Immigration Services

Wednesday, September 27, 2006

ZORAN STJEPANOVIC
10 RIVER RD
APT 19J
NEW YORK NY 10044

Dear ZORAN STJEPANOVIC:

On 04/06/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 04/28/2004 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | |
| **Your USCIS Account Number (A-number):** | STJEPANOVIC, ZORAN |
| **Type of service requested:** | A047056226 |
| | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

NOTE:
   MY WIFE LERA _____ THIS



EXHIBIT
**8**

Dear Mrs Clinton,

My spouse and myself applied for naturalization on April 23,2004.

We both had our interview on May 17,2005. and we both passed the tests of English and US history and government, where it was written in form N-452 "USCIS will send you    a written decision about your application". As you can see it passed 737 days since we applied for naturalization and 358 days since we had and passed the tests.

We would really appreciate if your office can check if somebody is doing something about our case and how long we must wait for the Oath Ceremony because it's been so many days over the estimated frame time.

Here are relevant facts for both of us:

ZORAN STJEPANOVIC, born 07/12/43
A 047056226
ESC*001225559
SS# 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

VERA STJEPANOVIC, born 06/10/69
A 047056227
ESC*001225557
SS# 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

Before this letter to you, we called the INS NCSC three times on Feb 02, 2006, on Mar 06,2006 and Apr 06,2006.

We still beleive that the reason for not getting the answer yet is not the fact that we both are Serbian Nationality.

We hope that we would be able to vote for you soon,
Sincerely yours,
Vera & Zoran Stjepanovic

Note: This text was send by e-mail on May 09, 2006 cca 10pm.

NO ANSWER



**EXHIBIT**

**9**

Dear Senator Schumer:

I request that you or your designated staff member investigate the situation outlined below. I understand that this form is to be used in compliance with the Freedom of Information Act and the Privacy Act of 1974.

Signature X _____    Date: MAY 25, 2006

**Information of person who has application pending at the USCIS (Please Print or Type):**

First ZORAN     Middle _____     Last STJEPANOVIC

Current Address: 10, RIVER RD     Apt. 19 J

City: NEW YORK     State: N.Y.     Zip Code: 10044

Daytime Telephone: 917-4001260     Evening Telephone: 212-7544255

Date of Birth: JULY 12, 1943     City and Country of Birth: BELGRADE, YUGOSLAVIA

Immigration/Alien Number: A 047056226

Type of Application Filed with the USCIS: N-400     ESC* 001225559

Please write a BRIEF Narrative of the Problem: I APPLIED FOR NATURALIZATION ON APR 23, 2004 HAD INTERVIEW ON MAY 17, 2005 AND PASSED. I AM STILL WAITING FOR OATH CEREMONY 753 DAYS SINCE I APPLIED AND 374 DAYS SINCE I PASSED THE TESTS OF ENGLISH AND US HISTORY AND GOVERNMENT. NOTICE OF ACTION AND N-652 ENCLOSED

Where is your case pending?  ☒ New York    ☐ Vermont    ☐ Nebraska    ☐ Other _____

Is this the first time you are submitting an inquiry to this office?    ☒ YES    ☐ NO

**Enclose Copies of All Pertinent Documents including documents sent to you by USCIS and send to:**
**Senator Charles Schumer, 757 Third Avenue, Suite 1702, New York, NY 10017**

## FOR CONGRESSIONAL USE ONLY:

Date Received: _____    Date sent to USCIS: _____    Case # _____    Staff Initials: _____

**EXHIBIT**

**10**

Dear Senator Schumer:

I request that you or your designated staff member investigate the situation outlined below. I understand that this form is to be used in compliance with the Freedom of Information Act and the Privacy Act of 1974.

Signature X _Stjepanovic_ 　　　　　　Date: _05/25/2006_

**Information of person who has application pending at the USCIS (*Please Print or Type*):**

First _VERA_ 　　　　Middle _____　　Last _STJEPANOVIC_

Current Address: _10 RIVER ROAD_ 　　　　　　Apt. _19 J_

City: _NEW YORK_ 　　State: _NY_ 　　　Zip Code: _10044_

Daytime Telephone: _917-4001260_ 　　Evening Telephone: _212-7544255_

Date of Birth: _06/10/1969_ 　　City and Country of Birth: _ZADAR, YUGOSLAVIA_

Immigration/Alien Number: _A 047056227_

Type of Application Filed with the USCIS: _N-400_ 　　_ESC* 001225557_

Please write a BRIEF Narrative of the Problem: _I APPLIED FOR NATURALIZATION_
_ON APR 23, 2004 HAD INTERVIEW ON MAY 17, 2005 AND PASSED, I'M_
_STILL WAITING FOR OATH CEREMONY 753 DAYS SINCE I APPLIED_
_AND 374 DAYS SINCE I PASSED THE TESTS OF ENGLISH AND_
_US HISTORY & GOVERNMENT._
_NOTICE OF ACTION AND N-652 ENCLOSED_

Where is your case pending?　☒ New York　☐ Vermont　☐ Nebraska　☐ Other _____

Is this the first time you are submitting an inquiry to this office?　☒ YES　☐ NO

**Enclose Copies of All Pertinent Documents including documents sent to you by USCIS and send to:**
**Senator Charles Schumer, 757 Third Avenue, Suite 1702, New York, NY 10017**

---

**FOR CONGRESSIONAL USE ONLY:**

Date Received: _____ Date sent to USCIS: _____ Case # _____ Staff Initials: _____



# Charles E. Schumer

*NEW YORK*

Attached is a response to my inquiry on your behalf.

*Charles E. Schumer*

U.S. Senate

# Congressional Unit

## GIVE THIS YOUR IMMEDIATE ATTENTION !



File No: 47056226
Date   : 8/28/2006
Ctrl   : **06-10584**

## In Re: STJEPANOVIC, FAMILY OF TWO

Information requested by :  SCHUMER, CHARLES E.
757 THIRD AVENUE SUITE 17-02  NEW YORK, NY  10017

*sent
9/6/06*

[ ] Attorney     [ ] Congressional     [ ] Consulate     [ ] Other

Inquiry:   [ ] Telephone    [ ] By Letter        [ ] Appeared in person

## To:  CON

Information requested:     FOR REVIEW AND RESPONSE. DUE BY 9/27/2006

MEMBERS: ZORAN & VERA (A47 056 227). STATUS OF N-400.

Information furnished:

PLEASE BE ADVISED THAT ACCORDING TO USCIS RECORDS, APPLICANTS' CASES ARE
CURRENTLY PENDING SECURITY AGENCY CHECKS.  ONCE A RESPONSE IS RECEIVED, THE CASES
WILL BE ADJUDICATED ACCORDINGLY.

_____
(Signature of Officer of Employee)

Approved by _____
(Signature of Supervisor)

Location: _____

09/01/2006  2:46PM (GMT-04:00)