UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ZORAN STJEPANOVIC and VERA
STJEPANOVIC,

                Plaintiffs,

      v.

ANDREA QUARANTILLO, et al.

                Defendants.
------------------------------------------------------------ x

**ECF CASE**

07 Civ. 9846 (RWS)

NOTICE OF APPEARANCE

TO:    Clerk of Court
           United States District Court
           Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:    New York, New York
            November 21, 2007

                                       Respectfully submitted,

                                       MICHAEL J. GARCIA
                                       United States Attorney for the
                                       Southern District of New York

                           By:    /s/ _____
                                       KIRTI VAIDYA REDDY
                                       Assistant United States Attorney
                                       86 Chambers Street, 3rd Floor
                                       New York, New York 10007
                                       Telephone: (212) 637-2751
                                       Facsimile: (212) 637-2786
                                       Email: kirti.reddy@usdoj.gov

To:    Thomas William Vanasse, Esq.
           515 Madison Avenue
           New York, NY 10022