ORIGINAL

Sweet, S.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

ZORAN STJEPANOVIC;
VERA STJEPANOVIC,

        Plaintiffs,

-against-

STIPULATION AND ORDER

07 Civ. 9846 (RWS)

A# 047 056 226
A# 047 053 227

DIRECTOR ANDREA J. QUARANTILLO;
DIRECTOR EMILIO T. GONZALEZ; SECRETARY
MICHAEL CHERTOFF; ACTING ATTORNEY
GENERAL PETER D. KEISLER; FBI DIRECTOR
ROBERT S. MUELLER, III,

        Defendants.

- - - - - - - - - - - - - - - - - - - -x

IT IS STIPULATED AND AGREED by and between the undersigned counsel for the parties to the above-captioned action that the action, shall be and hereby is, dismissed with prejudice.

Dated: New York, New York
      January 7, 2008

By: _____
THOMAS WILLIAM VANASSE
Attorney for Plaintiffs
Wildes & Weinberg, P.C.
515 Madison Avenue
New York, NY 10022
Telephone No.: (212) 753 3468

2008 JAN -7 PM 6:18 S.D. OF N.Y.

Page 1 of 2

Dated: New York, New York
       January 7, 2008

                     MICHAEL J. GARCIA
                     United States Attorney for the
                     Southern District of New York
                     Attorney for Defendants

        By: _____
                     KIRTI VAIDYA REDDY
                     Assistant United States Attorney
                     86 Chambers Street, 3rd Floor
                     New York, NY 10007
                     Telephone No.: (212) 637-2751

SO ORDERED:

_/s/ Sweet_____
USDJ

1-14-08